IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERA GARNER**                                                                                           **PLAINTIFF**

**VS.**                                             **NO. 1:05CV00040**

**CORRECTIONAL MEDICAL SERVICES**                              **DEFENDANT**

## ORDER

Pending is Defendant's motion to dismiss. (Docket # 3). Plaintiff has responded requesting that the Court allow her to file an amended complaint. For good cause shown and in the interest of justice, the Court will allow Plaintiff to file an amended complaint. Defendant's motion to dismiss is denied without prejudice to renew.

IT IS SO ORDERED this 3rd day of August, 2005.


_____
James M. Moody
United States District Judge