IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VERA GARNER                                                           PLAINTIFF

V.                                      1:05CV00040JMM

CORRECTIONAL MEDICAL SERVICES                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered on October 3, 2007, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of October 2007.

_____
James M. Moody
United States District Judge